THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY A. LA CHICOTTE, Appellant, *v.* GEORGE E. BEST, as Commissioner of Bridges of the City of New York, Respondent.

*People ex rel. La Chicotte* v. *Best,* 112 App. Div. 912, appeal dismissed.
(Argued June 4, 1906; decided June 19, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

April 6, 1906, which affirmed an order of Special Term quashing an alternative writ of mandamus to compel defendant to reinstate the relator in the position of principal assistant engineer in the department of bridges in the city of New York.

*Francis G. Caffey* and *J. Quintus Cohen* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *William B. Crowell* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.